UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT BURDETTE GORMAN,<br><br>       Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. C19-5213JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

  The court GRANTS Plaintiff Robert Gorman's *in forma pauperis* application (Dkt. # 1), and ORDERS:

  (1) The Clerk shall issue summonses to Mr. Gorman.

  (2) Mr. Gorman is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. As detailed in General Orders 04-15 and 05-15, Mr. Gorman may effectuate service electronically by sending a copy of the summonses and complaint

//

//

//

via email, along with Mr. Gorman's identifying information, to USAWAW.SSAClerk@usdoj.gov.

DATED this 26th day of March, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge