UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ROBERT BURDETTE GORMAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:19-CV-05213-JLR<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall update the record and reevaluate the opinion evidence, including the opinions of Dr. Sethi. The ALJ shall continue the sequential evaluation process as appropriate.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 26th day of Sept. 2019.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Heather L. Griffith
HEATHER L. GRIFFITH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3709
Fax: (206) 615-2531
heather.griffith@ssa.gov